B 1 (Official Form 1) (1/08)

# United States Bankruptcy Court
## Northern District of Texas

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>Americare Investment Group Inc | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>Premier Capital Lending | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>75-2556822 | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>901 W. Bardin Rd. Ste. 200<br>Arlington, TX<br>ZIP CODE 76017 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Tarrant | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>901 W. Bardin Rd. Ste. 300 Arlington, TX | ZIP CODE 76017 |

## Type of Debtor
(Form of Organization)
(Check **one** box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

## Nature of Business
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other
  Mortgage Bank

### Tax-Exempt Entity
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

## Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

## Filing Fee (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

## Chapter 11 Debtors
**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

----

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

## Statistical/Administrative Information

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Americare Investment Group Inc** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District: Northern District of Texas | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). X _____ Signature of Attorney for Debtor(s) (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B 1 (Official Form) 1 (1/08) | Page 3 |
|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Americare Investment Group Inc** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X **/s/ John C. Leininger**
Signature of Attorney for Debtor(s)
**John C. Leininger**
Printed Name of Attorney for Debtor(s)
**Bryan Cave, LLP**
Firm Name
**2200 Ross Ave., Ste. 3300, Dallas TX 75201**
Address

**214-721-8000**
Telephone Number
**2/1/2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Kenny E. Stiles**
Signature of Authorized Individual
**Kenny E. Stiles**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
**2/1/2010**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

Accent Couriers, Inc.
P.O. Box 54233
Hurst, TX 76054


Advantage Systems, Inc.
2 Executive Circle, Ste 150
Irvine, CA 92614


Bracewell & Giuliani
1445 Ross Ave Ste 3800
Dallas, TX 75202-2711


Betty Blanton
288 North Lake Rd
Artesia, NM 88210


Blue Sky Appraisals
900 Honey Locust Dr
Rockwall, TX 75087


Cannon Financial Services
14904 Collections Center Dr
Chicago, IL 60693-0149


Cintas Doc Management
P.O. Box 633842
Cincinnati, OH 45263


CTST
95 Business Park Dr
Vicksburg, MS 39180


Del Mar Datatrac
10509 Vista Sorrento Pkwy, Ste. 400
San Diego, CA 92121

First American Title
4780 I-55 N Suite 400
Jackson, MS 39211


First American CoreLogic
P.O. Box 847239
Dallas, TX 75284-7239


Kroll Factual Data
P.O. Box 1614
Loveland, CO 80539


Locke Lord Bissell & Liddell
P.O. Box 911541
Dallas, TX 75391-1541


Lone Star Overnight
P.O. Box 149225
Austin, TX 78714


Murphy Real Estate
P.O. Box 37
Tyler, TX 75710


National Design, Insp
P.O. Box 627
Russellville, AL 35653


Office Depot
P.O. Box 88040
Chicago, IL 60680-1040


Charles Gabb App
P.O. Box 9847
Mobile, AL 36691

Pinnacle Office Products
5505 Creedmoor Rd., Ste. 220
Raleigh, NC  27612


Peirson Patterson, LLP
2310 W I-20, Suite 100
Arlington, TX  76017-1668


Quality Lender Support
P.O. Box 486
Euless, TX  76039


Rapid Reporting
4150 International Plaza
Ft. Worth, TX  76109


San Antonio Retail Merchant
1801 Broadway
San Antonio, TX  78215


Telesys
P.O. Box 37052
Ft. Worth, TX  76117


A. Gordon James III
123 E. St. Peter Street
New Iberia, LA  70560


GMAC RFC
1100 Virginia Dr
Ft. Washington, PA  19034


Wolters Kluwer
8832 Innovation Way
Chicago, IL  60682-0088

Hertel & Company  
3200 Riverfront Dr  
Ft. Worth, TX 76107


Byron L. Canuette  
4048 Sweetbriar Dr  
Martinez, GA 30907


Civil Corp  
1501 E. Mockingbird Ste. 406  
Victoria, TX 77904


Ozarka Direct  
6661 Dixie HWY Suite 4  
Louisville, KY 40258


Fannie Mae LD# 403207  
6000 Feldwood Rd  
College Park, GA 30349


Revenue Assurance Partners  
19399 Helenberg Rd. Ste 5&6  
Covington, LA 70433


Cowling Title Company  
P.O. Box 295  
Ashdown, AR 71822


Sparkletts  
P.O. Box 660579  
Dallas, TX 75266-0579


Avid Business Network  
P.O. Box 270930  
Flower Mound, TX 75027

Weiner Brodsky Sidman
1300 19th Street NW
Washington, DC 20036-1609


InWest
3300 North A Street
Midland, TX 79705


Andrus-Boudreaux
1245 Camellia Blvd Ste 200
Lafayette, LA 70508


The Appraisal Center
#5 Retreat Place
St. Simons Island, GA 31522


Barry Rhodes Land Surveyor
P.O. Box 2327
Rowlett, TX 75030-2327


Don Utley
P.O. Box 701
Benton, AR 72018


Hemry Appraisal Services
2200 S. Uecker Lane #9307
Lewisville, TX 75067-7891


MERS
13059 Collections Center Dr.
Chicago, IL 60693

Mavent Inc.
3 Park Place Ste. 700
Irvine, CA 92614


Kizer & Black, Attorney PLLC
329 Cates Street
Maryville, TN 37801-4903


First American PISG
6800 Broken Sound Pkwy
Boca Rotan, FL 33487-2788


Dell Financial Services
P.O. Box 5292
Carol Stream, IL 60197-5292


Bank of America
8521 Fallsbrook Ave WH-51M
West Hills, CA 91304


Charter Bank
P.O. Box 11519
Albuquerque, NM 87192


FlagStar Bank
5151 Corporate Dr.
Troy, MI 48098-2639


Monitex Financial Services
8200 Boat Club Rd #200
Ft. Worth, TX 76179


Jenkins & Company
16800 N. Dallas Pkwy #135
Dallas, TX 75248

Weststar Mortgage Corp
6200 Uptown Blvd. NE #110
Albquerque, NM 87110


CSC Financial Services
1701 N. Collins Blvd #125
Richardson, TX 75080


National Capital Funding
14405 Walters Rd., Ste. 350
Houston, TX 77014-1390


State Bank of Paw Paw
235 Chicago Rd.
Paw Paw, IL 61353


Joseph A Gregorio
1100 Benton Road
Bossier City, LA 71111


Lone Star Bank FSB
100 S. Main St
Moulton, TX 77975


Sun West Mortgage
18303 Gridley Rd
Cerritos, CA 90703


Alacrity Lending
2535 E Southlake Blvd
Southlake, TX 76092


Lend America
520 Broadhollow Rd
Melville, NY 11747

Taylor Bean & Whitaker
315 NE 14th Street
Ocala, FL 34470


Partain Surveyors Inc
11120 Petal St
Dallas, TX 75238


E Fax Corporate
P.O. Box 51873
Los Angeles, CA 90051


Doug Scagliola
925 Oasis Ct.
Southlake, TX 76092


Michael W. Boyd
1103 Laurel Glen Blvd.
Leander, TX 78641


John Heeren
811 Trailwood Dr.
Weatherford, TX 76085


American Property Inspector
4403 Silverthorn Dr.
Mesquite, TX 75150


RCS Enterprises
400 N. Allen Dr. #205
Allen, TX 75013


Piney Woods Surveying
P.O. Box 126
Pennington, TX 75856

Marge Barclay
910 Ard Rd
Seagoville, TX  75159


Gary Jolley
7507 Garden Grove
San Antonio, TX  78250


Dwayne Lemmon Appraisal
390 FM 1635
Atlanta, TX  75551


Call One
123 N. Wacker Dr., Floor 7
Chicago, IL  60606


Barbara Tetlow
13643 Briarlake Ave
Baton Rouge, LA  70809


Alltex Appraisals
P.O. Box 137425
Ft. Worth, TX  76136


Salmon Sims Thomas
12720 Hillcrest Road, Ste. 900
Dallas, TX  75230


Easy Living Homes, LLC
14 U.S. Hwy 45 E
Humboldt, TN  38343

Rollin Homes  
5807 W 7th St  
Texarkana, TX 75501

Loan Star Housing  
12122 US Hwy 59  
Splendora, TX 77372

Deep South Gallery  
110 Rosewood Dr.  
Prattville, AL 36066

Crown Homes  
5284 E. Hwy 377  
Granbury, TX 76049

Palm Harbor Homes  
4407 N. Hwy 67  
Mesquite, TX 75150

Clayton Homes  
8877 Gulf Freeway  
Houston, TX 77017

Palm Harbor Homes  
3337 E. Texas Street  
Bossier City, LA 71111

Star Homes  
4603 W. 7th Street  
Texarkana, TX 75501

Harris Custom Homes  
5225 Amarillo Blvd., E.  
Amarillo, TX 79107

A-1 Homes
9805 N. Navarro
Victoria, TX 77904


The Home Source
1547 Hwy 71W
Bastrop, TX 78602


Easy Living Homes
14 Hwy 45 E.
Humbolt, TN 38343


Home Solutions
370 Joe Brown Hwy. N
Chadbourn, NC 28431


Palm Harbor Homes
6317 E. Ben White Blvd.
Austin, TX 78741


Fiesta Wholesale Homes
1801 W. 10th St.
Dallas, TX 75208


Bell Mobile Homes
2401 E. Lubbock Hwy
Levelland, TX 79336


Home-Mart
6516 E. Admiral Place
Tulsa, OK 74115


Otto Haeussler
8500 N. Stemmons Fwy, Ste. 6065
Dallas, TX 75247

UPS
P.O. Box 650580
Dallas, TX 75265-0580


Bent Tree Tower Joint Ventures, Ltd.
c/o Law Offices of Kenneth K. Stephens
4315 W. Lovers Lane
P.O. Box 7829
Dallas, TX 75209


D. Brent Wells
Wells & Cuellar, P.C.
440 Louisiana, Suite 718
Houston, TX 77002


Eric Rogers, Esq.
414 Union Street, Tenth Fl
Nashville, TN 37219


Sherece M. Tolbert, Esq.
1250 Maryland Ave. SW
Portals Bldg – Suite 200
Washington, DC 20024


Homeco
17916 Kuykendahl Rd.
Spring, TX 77379


OCE Financial Services
5600 Broken Sound Blvd.
Boca Raton, FL 33487


Internal Revenue Service
Special Procedures – Insolvency
P.O. Box 21126
Philadelphia, PA 19114

Dept of Housing and Urban Development
Box 979056
St. Louis, MO 63197-9000

Dept of Housing and Urban Development
1600 Throckmorton
Ft. Worth, TX 76113


Texas Comptroller
P.O. Box 149348
Austin, TX 78714-9348


William H. Kitchens
3525 North Crossing Circle
P.O. Box 2123
Valdosta, GA 31602


Murphy Real Estate Services, Inc.
706 Glencrest Lane, Ste. A
P.O. Box 3424
Longview, TX 75606


N.C. Department of Labor
P.O. Box 25000
Raleigh, NC 27640-0002

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: Americare Investment Group, Inc.
d/b/a Premiere Capital Lending

Case No.:

Debtor(s)

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list *(only one option may be selected per form)*:

- ■ is the first mail matrix in this case.
- ☐ adds entities not listed on previously filed mailing list(s).
- ☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).
- ☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

2/1/10
Date

Signature of Attorney (if applicable)

/s/ Kenny E. Stiles
Signature of Debtor

75-2556822
Debtor's Social Security *(last four digits only)* /Tax ID No.

Signature of Joint Debtor (if applicable)

Joint Debtor's Social Security *(last four digits only)* /Tax ID No.

# United States Bankruptcy Court
Northern District Of Texas
Dallas Division

IN RE §
§
AMERICARE INVESTMENT GROUP § CHAPTER 7
INC., d/b/a PREMIER CAPITAL LENDING §
§
Debtor. §

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, o r agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept................................... $ __2,500.00__

Prior to the filing of this statement I have received (and placed in the Bryan Cave Trust Account) $ __2,500.00__

Balance Due................................................... $ __0__

2. The source of the compensation paid to me w as:
   ☒ Debtor  ☐ Other (specify):

3. The source of compensation to be paid to me is:
   ☒ Debtor  ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons w ho are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor' s financial situation, and rendering advice to the debtor;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required; and,

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof.

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

| February 2, 2010 | //s// John C. Leininger |
|---|---|
| Date | Signature of Attorney |
| | Bryan Cave LLP |
| | Name of law firm |